**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FLORENCE LOGAN-WORSHAM,**

    **Plaintiff,**

v.                                                                             Case No: 6:16-cv-686-Orl-28DAB

**DRIVETIME AUTOMOTIVE GROUP, INC.,**

    **Defendant.**

## ORDER

The parties have filed a Joint Status Report (Doc. 20) reporting that they have reached a settlement agreement and requesting that this action be dismissed with prejudice.

Accordingly, it is **ORDERED** that this case is **DISMISSED with prejudice**. The Clerk is directed to lift the stay and administrative closure of this case and then to close the case.

**DONE** and **ORDERED** in Orlando, Florida, on May 22, 2017.

                                                                  JOHN ANTOON II
                                                                   United States District Judge

Copies furnished to:
Counsel of Record